**United States District Court**
**Violation Notice**

WW13

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6730646 | Crothers | C8768 |

6730646

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR ☒ USC □ State Code |
|---|---|
| 07/22/2016 0100 | 21 USC §44 |

Place of Offense

TA 15, JBLM

Offense Description: Factual Basis for Charge                HAZMAT □

Simple Possession of Heroin

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Hagedorn | Nathan | J |

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature    Mailed

(Rev. 09/2015)            Original - CVB Copy

CVB SCAN OCT 07, 2016 15:40

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

About 0100, 22 Jul 16, Mr. SAMMONS, Mr. FORGEY, Mr. HAGEDORN and Mrs. LUNSFORD were stopped at TA 15. Mr. SAMMONS gave consent to search the entirety of his vehicle. A subsequent search revealed multiple drug paraphernalia within the vehicle and suspected heroin, suspected methamphetamine and suspected marijuana within numerous places within the vehicle. All individuals were advised of their rights, which they waived and stated that all the items discovered belonged to Mr. FORGEY within the vehicle. But all individuals appeared to be under the influence when detained. Multiple attempts were made to contact Mr. FORGEY, which met with negative results. All collected evidence was submitted to the United States Army Criminal Investigation Laboratory, and it was forensically determined the Methamphetamines, Heroin and Marijuana.

The foregoing statement is based upon:
☒ my personal observation    □ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/10/2016   _____
            Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN OCT 07, 2016 15:40