```
_____ FILED _____ LODGED
        _____ RECEIVED
       May 30 2025
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

Magistrate Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHAN J. HAGEDORN,

Defendant.

CASE NO. 16-PO-08001
Violation No. 6730650/WW13

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses Violation Notice Number 6730650/WW13 against the defendant, NATHAN J. HAGEDORN.

DATED this _____8th_____ day of May, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

SANDRA S. BOSTIC
Assistant United States Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.

DATED this ___30th__ day of _____May_____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL/ NATHAN J. HAGEDORN.
16-PO-08001

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970