_____ FILED _____ LODGED
_____ RECEIVED

May 30 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHAN J. HAGEDORN,

Defendant.

CASE NO. 16-PO-08001
Violation No. 6730650/WW13

ORDER TO QUASH ARREST WARRANT

THIS MATTER coming before the Court on the underlying case, and the Court being fully advised in the premises,

IT IS ORDERED that the arrest warrant for NATHAN J. HAGEDORN, is hereby QUASHED.

DATED this ____30th____ day of ____May____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/Sandra S. Bostic
SANDRA S. BOSTIC
Assistant United States Attorney

ORDER QUASHING WARRANT – NATHAN J. HAGEDORN.
16-PO-08001